UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DERRICK A GORDON,

    Plaintiff,

v.
                                            CASE NO. 5:18-cv-197-MCR-MJF

M JORDAN, et al.,

    Defendants.

_____/

## **O R D E R**

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated October 2, 2018. ECF No. 5. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and the objection, ECF No. 6, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The motion for temporary restraining order, ECF No. 2, is **DENIED.**

3. The case is **DISMISSED WITHOUT PREJUDICE** pursuant to the 28 U.S.C § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 24th day of October 2018.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**